U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 27, 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL C. JENKINS<br>    Appellant | CIVIL ACTION<br>NO. ~~06-2112~~<br>    05-2112 |
| VERSUS | |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Jenkins appeal is DENIED, the final decision of the Commissioner is AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26 day of April, 2007.

                                        DEE D. DRELL
                                        UNITED STATES DISTRICT JUDGE